AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ California _____

JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH
AND DEVELOPMENT TRUST,

V.

CTT TOOLS, INC., a California Corporation; and DOES 1 – 100

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

'08 CV 0231 LAB **LSP**

TO: (Name and address of Defendant)

CTT Tools, Inc.
Jing-Long Tsai
10052 Garvey Ave.
El Monte, CA 91733

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Melody A. Kramer

Kramer Law Office, Inc.

9930 Mesa Rim Rd., Suite 1600

San Diego, CA 92121

858-362-3150

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

W. SAMUEL HAMRICK, JR.

FEB 0 5 2008

DATE

CLERK

(By) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com

| | | | | | For Court Use Only |
|---|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>MELODY A. KRAMER, ESQ, Bar #169984<br> KRAMER LAW OFFICE, INC.<br> 9930 MESA RIM RD., STE 1600<br> SAN DIEGO, CA 92126<br>*Telephone No:* 858-362-3150<br><br>*Attorney for:* Plaintiff | | | | | |

| *Ref. No. or File No.:* |
|---|

*Insert name of Court, and Judicial District and Branch Court:*
  United States District Court Southern District Of California

*Plaintiff:* JENS ERIK SORENSEN

*Defendant:* CTT TOOLS, INC.

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08-CV-0231-LAB-LSP |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS IN A CIVIL ACTION; CIVIL CASE COVER SHEET; COMPLAINT; NOTICE TO RELATED CASES

3.  a. *Party served:*                              CTT TOOLS, INC.
    b. *Person served:*                          JING-LONG TSAI, AGENT FOR SERVICE.

4.  *Address where the party was served:*        10052 GARVEY AVE.
                                                 EL MONTE, CA 91733

5.  I served the party:
    a.  **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Feb. 20, 2008 (2) at: 11:50AM

**7.  *Person Who Served Papers:***                       Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. TIMOTHY TIN

                                                 d.  *The Fee for Service was:* $112.75

**First Legal Support Services** SM             e.  I am: (3)  registered California process server

ATTORNEY SERVICES                                    *(i)*   Independent Contractor
1511 BEVERLY BOULEVARD                               *(ii)   Registration No.:*          4197
Los Angeles, CA 90026                                *(iii)  County:*                    Los Angeles
(213) 250-1111, FAX (213) 250-1197

8.  *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of*
    *America that the foregoing is true and correct.*

    Date: Wed, Feb. 27, 2008

        Judicial Council Form                     PROOF OF SERVICE                    (TIMOTHY TIN)     *907830.melkr.116039*
    Rule 982.9.(a)&(b) Rev January 1, 2007        SUMMONS IN A CIVIL