```
 1  MELODY A. KRAMER, SBN 169984
    KRAMER LAW OFFICE, INC.
 2  9930 Mesa Rim Road, Suite 1600
 3  San Diego, California 92121
    Telephone (858) 362-3150
 4  mak@kramerlawip.com
 5

 6  J. MICHAEL KALER, SBN 158296
    KALER LAW OFFICES
 7  9930 Mesa Rim Road, Suite 200
    San Diego, California 92121
 8  Telephone (858) 362-3151
 9  michael@kalerlaw.com
10
11
    Attorneys for Plaintiff JENS ERIK SORENSEN,
12  as Trustee of SORENSEN RESEARCH AND
    DEVELOPMENT TRUST
13
14
15
                    UNITED STATES DISTRICT COURT
16
              FOR THE SOUTHERN DISTRICT OF CALIFORNIA
17
18  JENS ERIK SORENSEN, as Trustee of   )  Case No. 08 CV 231 BTM CAB
19  SORENSEN RESEARCH AND               )
    DEVELOPMENT TRUST,                  )
20                                      )  JOINT MOTION TO EXTEND DEADLINE
                                        )  FOR DEFENDANT CTT TOOLS, INC. TO
21                 Plaintiff            )  RESPOND TO PLAINTIFF'S COMPLAINT
22       v.                             )
                                        )  [Hon. Barry Ted Moskowitz]
23  CTT TOOLS, INC., a California       )
    Corporation; and DOES 1 – 100,      )
24                                      )
25                 Defendants.          )
                                        )
26                                      )
                                        )
27                                      )
28
```

On February 5, 2008, Plaintiff Jens Erik Sorensen, as Trustee of Sorensen Research and Development Trust ("Plaintiff") filed a Complaint for Patent Infringement against CTT Tools, Inc., a California Corporation, in the United States District Court for the Southern District of California, Case No. 3:08-CV-231-BTM-CAB.

According to Plaintiff, Defendant CTT Tools, Inc.'s response to the Complaint for Patent Infringement is due on a previously stipulated date of March 27, 2008. Plaintiff has agreed to further extend the deadline for Defendant CTT Tools, Inc. to respond to Plaintiff's Complaint from March 27, 2008 to April 10, 2008. The parties are attempting to resolve this matter during the period of the extension.

## STIPULATION

Plaintiff and Defendant CTT Tools, Inc., by and through their respective counsel, hereby stipulate to and jointly move the Court to extend deadline for **Defendant CTT Tools, Inc.** to respond to Plaintiff's Complaint for Patent Infringement from March 27, 2008 to **April 10, 2008**.

The parties have authorized electronic signatures for purposes of this Joint Motion.

IT IS SO STIPULATED.

DATED this Wednesday, March 26, 2008.

JENS ERIK SORENSEN, as Trustee of
SORENSEN RESEARCH AND DEVELOPMENT
TRUST, Plaintiff

/s/ Melody A. Kramer
_____
Melody A. Kramer/J. Michael Kaler
Attorneys for Plaintiff

CTT TOOLS, INC., Defendant

Mark Koorenny
Koorenny & Teitelbaum, LLP
Attorneys for Defendant