UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff<br><br>v.<br><br>CTT TOOLS, INC., a California Corporation; and DOES 1 – 100,<br><br>Defendants. | Case No. 08 cv 231 BTM CAB<br><br>**ORDER EXTENDING DEADLINE FOR DEFENDANT CTT TOOLS, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[Hon. Barry Ted Moskowitz] |

Pursuant to stipulation by the parties and good cause appearing therefore, the Court hereby grants Plaintiff and Defendant CTT Tools, Inc.'s Joint Motion to further extend the deadline for Defendant CTT Tools, Inc. to respond to Plaintiff's complaint from March 27, 2008 to April 10, 2008.

IT IS SO ORDERED.

Dated: March 28, 2008

Honorable Barry Ted Moskowitz