KURT OSENBAUGH (State Bar No. 106132)
JONATHAN M. GORDON (State Bar No. 082202)
JAMES D. SLOAN (State Bar No. 220176)
**WESTON, BENSHOOF, ROCHEFORT,
  RUBALCAVA & MacCUISH LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California  90071
Telephone:  (213) 576-1000
Facsimile:  (213) 576-1100
Email:  kosenbaugh@wbcounsel.com
        jgordon@wbcounsel.com
        jsloan@wbcounsel.com

ELIOT TEITELBAUM (State Bar No. 164858)
**KOORENNY & TEITELBAUM, LLP**
11911 San Vicente Boulevard, Suite 265
Los Angeles, California  90049
Telephone:  (310) 440-5276
Facsimile:  (310) 440-5277
Email:  etktlaw@yahoo.com

Attorneys for Defendant CTT TOOLS, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>              Plaintiff,<br><br>    v.<br><br>CTT TOOLS, INC., a California Corporation; and DOES 1-100,<br><br>              Defendants. | Case No.: 08 CV 0231 BTM (CAB)<br><br>Honorable Barry Ted Moskowitz<br><br>**NOTICE OF DEFENDANT CTT TOOLS, INC.'S MOTION TO STAY THE LITIGATION PENDING THE OUTCOME OF REEXAMINATION PROCEEDINGS**<br><br>Date:  May 16, 2008<br>Time: 11:00 a.m.<br>Ctrm: 15<br><br>ORAL ARGUMENT NOT REQUIRED UNLESS REQUESTED BY THE COURT |

1    **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2            **PLEASE TAKE NOTICE that on May 16, 2008, at 11:00 a.m.**, or as

3    soon thereafter as may be heard in Courtroom 15 of the above-entitled Court,

4    Defendant CTT Tools, Inc. ("CTT Tools") will, and hereby does, move this Court for

5    a stay of the above-captioned proceeding pending the reexamination of the patent-in-

6    suit, U.S. Patent No. 4,935,184 (the "'184 patent"), in the United States Patent &

7    Trademark Office ("PTO").

8            This case is in its early stages. On February 5, 2008, Plaintiff Sorensen

9    Research and Development Trust ("Sorensen") sued CTT Tools the alleged

10    infringement of the '184 patent.  CTT Tools filed its Answer and Counterclaim on

11    April 10, 2008.  There has been no other activity in this case.

12            A stay is warranted because it will avoid risk and expense of unnecessary

13    discovery and litigation, permit the clarification of issues for trial, and will not unduly

14    prejudice the Plaintiff.  Moreover, a stay of the instant action is warranted because the

15    Court has stayed at least five cases relating to the same '184 patent and it would be a

16    waste of judicial resources for the Court to proceed with this case while granting stays

17    in related cases.  For the reasons set forth in the accompanying memorandum, CTT

18    Tools respectfully requests that the Court order this case stayed pending completion of

19    the PTO's reexamination of the '184 patent.

20            This motion is be based upon this Notice, the accompanying

21    Memorandum of Points and Authorities in Support of CTT Tool's Motion to Stay the

22    Litigation, the Declaration of James D. Sloan, all matters with respect to which this

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

1    Court may take judicial notice, all pleadings, papers and files herein, and such further

2    arguments and evidence as may be presented at the hearing on this matter.

3

4    DATED: April 15, 2008              ELIOT TEITELBAUM
                                        **KOORENNY & TEITELBAUM, LLP**
5
                                        KURT OSENBAUGH
6                                       JONATHAN M. GORDON
                                        JAMES D. SLOAN
7                                       **WESTON, BENSHOOF, ROCHEFORT,**
                                        **  RUBALCAVA & MacCUISH LLP**
8

9                                                /JDS/  James D. Sloan

10                                       _____
                                                      James D. Sloan
11                                       Attorneys for Defendant
                                         CTT TOOLS, INC.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1170013.1

PROOF OF SERVICE

I, Jennifer L. Lathrop, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Sixteenth Floor, Los Angeles, CA 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On April 15, 2008, I served the document(s) described as **NOTICE OF DEFENDANT CTT TOOLS, INC.'S MOTION TO STAY THE LITIGATION PENDING THE OUTCOME OF REEXAMINATION PROCEEDINGS** on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows:   SEE ATTACHED SERVICE LIST

☐    BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 333 South Hope Street, Los Angeles, California 90071 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Los Angeles, California 90071.

☐    BY FEDERAL EXPRESS     ☐ UPS NEXT DAY AIR    ☐ OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☐ FEDERAL EXPRESS     ☐ UPS     ☐ Overnight Delivery [specify name of service:  ] with delivery fees fully provided for or delivered the envelope to a courier or driver of    ☐ FEDERAL EXPRESS    ☐ UPS    ☐ OVERNIGHT DELIVERY [specify name of service:] authorized to receive documents at Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Los Angeles, California 90071 with delivery fees fully provided for.

☐    BY FACSIMILE: I telecopied a copy of said document(s) to the following addressee(s) at the following number(s) in accordance with the written confirmation of counsel in this action.

☒    BY ELECTRONIC E-FILING TRANSMISSION WITH ATTACHMENT: On this date, I transmitted the above-mentioned document by electronic mail transmission with attachment to the parties at the electronic mail transmission address set forth on the attached service list.

☐    [State]      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒    [Federal]     I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2008, at Los Angeles, California.

/JLL/ Jennifer L. Lathrop

JENNIFER L. LATHROP

4

1170013.1

*Jens Erik Sorensen, et al. v. CTT Tools, Inc.*
*Case No.:  08 CV 0231 LAB*

## SERVICE LIST

Melody A. Kramer
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California  92121

Attorneys for Plaintiff

Telephone:  (858) 362-3150
E-Mail:  mak@kramerlawip.com

J. Michael Kaler
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California  92121

Attorneys for Plaintiff

Telephone:  (858) 362-3151
E-Mail:  Michael@kalerlaw.com

1170013.1