1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

J. MICHAEL KALER, SBN 158296
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
Email: michael@kalerlaw.com

MELODY A. KRAMER, SBN 169984
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
Email: mak@kramerlawip.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>                              Plaintiff,<br>    v.<br><br>CTT TOOLS, INC., a California corporation; and DOES 1 – 100,<br><br>                              Defendants.<br>_____<br>and related counterclaims.<br>_____ | ) Case No. 08 CV 231 BTM CAB<br>)<br>) **REQUEST FOR JUDICIAL NOTICE**<br>) **IN SUPPORT OF OPPOSITION TO**<br>) **DEFENDANTS' MOTION TO STAY**<br>) **PENDING OUTCOME OF**<br>) **REEXAMINATION PROCEEDINGS**<br>)<br>) Date: May 16, 2008<br>) Time: 11:00 a.m.<br>) Courtroom 15 – 5th Floor<br>) The Hon. Barry T. Moskowitz<br>)<br>) *NO ORAL ARGUMENT*<br>) *UNLESS REQUESTED BY THE COURT*<br>)<br>)<br>)<br>)<br>) |

1     PLAINTIFF Jen Erik Sorensen, as Trustee of Sorensen Research and

2   Development Trust ("SRDT") respectfully requests the Court to take judicial notice

3   of the following documents in support of Plaintiff's Opposition to Defendant's

4   Motion to Stay:

5     1.    *Sorensen v. Black & Decker*, Case No. 06cv1572, Docket #180, Exhibit

6   B; and

7     2.    *Sorensen v. Black & Decker*, Case No. 06cv1572, Docket #243.

8     Courtesy copies are attached hereto.

9

10  DATED this Wednesday, April 16, 2008.

11                          JENS ERIK SORENSEN, as Trustee of
                            SORENSEN RESEARCH AND DEVELOPMENT
12                          TRUST, Plaintiff
13

14                          /s/ J. Michael Kaler
15                          J. Michael Kaler, Esq.
                            Attorney for Plaintiff
16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 08CV231 BTM CAB