KURT OSENBAUGH (State Bar No. 106132)
JONATHAN M. GORDON (State Bar No. 082202)
JAMES D. SLOAN (State Bar No. 220176)
**WESTON, BENSHOOF, ROCHEFORT,**
  **RUBALCAVA & MacCUISH LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: kosenbaugh@wbcounsel.com
       jgordon@wbcounsel.com
       jsloan@wbcounsel.com

ELIOT L. TEITELBAUM (State Bar No. 164858)
**KOORENNY & TEITELBAUM, LLP**
11911 San Vicente Boulevard, Suite 265
Los Angeles, California 90049
Telephone: (310) 440-5276
Facsimile: (310) 440-5277
Email: etktlaw@yahoo.com

**Attorneys for Defendant/Counter-Claimant
CTT TOOLS, INC.**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>                 Plaintiff,<br><br>  v.<br><br>CTT TOOLS, INC., a California Corporation; and DOES 1-100,<br><br>                 Defendants. | Case No.: 08 CV 0231 BTM (CAB)<br><br>Honorable Barry Ted Moskowitz<br><br>**NOTICE OF APPEARANCE BY CO-COUNSEL FOR DEFENDANT/COUNTER-CLAIMANT CTT TOOLS, INC. AND REQUEST FOR COPIES OF ALL DOCUMENTS TO BE ELECTRONICALLY TRANSMITTED** |
| AND RELATED COUNTER-CLAIMS | |

1

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE THAT Eliot L. Teitelbaum of the law firm of Koorenny & Teitelbaum, LLP is co-counsel for Defendant/Counter-Claimant CTT Tools, Inc. ("CTT") in the above-captioned action and hereby requests that copies of all papers filed or served in the action be transmitted electronically to:

> Eliot L. Teitelbaum, Esq.
> Koorenny & Teitelbaum, LLP
> 11911 San Vicente Boulevard, Suite 265
> Los Angeles, California 90049
> Telephone No. (310) 440-5276
> Facsimile No. (310) 440-5277
> E-Mail Address: etktlaw@yahoo.com

DATED: April 17, 2008

KURT OSENBAUGH
JONATHAN M. GORDON
JAMES D. SLOAN
**WESTON, BENSHOOF, ROCHEFORT, RUBALCAVA & MacCUISH LLP**

ELIOT L. TEITELBAUM
**KOORENNY & TEITELBAUM, LLP**

/s/ Eliot L. Teitelbaum
Eliot L. Teitelbaum
Attorneys for Defendant/Counter-Claimant
CTT TOOLS, INC.

## PROOF OF SERVICE

I, Eliot L. Teitelbaum, declares as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Koorenny & Teitelbaum LLP, 11911 San Vicente Boulevard, Suite 265, Los Angeles, California 90049 I am over the age of eighteen years and not a party to the action in which this service is made.

On April 17, 2008, I served the document(s) described as [Document(s) Served] on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows:

☐ BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 11911 San Vicente Boulevard, Suite 265, Los Angeles, California 90049 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Koorenny & Teitelbaum, LLP, 11911 San Vicente Boulevard, Suite 265, Los Angeles, California 90049.

☐ BY FEDERAL EXPRESS   ☐ UPS NEXT DAY AIR   ☐ OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☐ FEDERAL EXPRESS  ☐ UPS  ☐ Overnight Delivery [specify name of service: ] with delivery fees fully provided for or delivered the envelope to a courier or driver of ☐ FEDERAL EXPRESS  ☐ UPS  ☐ OVERNIGHT DELIVERY [specify name of service:] authorized to receive documents at Koorenny & Teitelbaum, LLP, 11911 San Vicente Boulevard, Suite 265, Los Angeles, California 90049 with delivery fees fully provided for.

☐ BY FACSIMILE: I telecopied a copy of said document(s) to the following addressee(s) at the following number(s) in accordance with the written confirmation of counsel in this action.

☒ BY ELECTRONIC MAIL TRANSMISSION WITH ATTACHMENT: On this date, I transmitted the above-mentioned document by electronic mail transmission with attachment to the parties at the electronic mail transmission address set forth on the attached service list.

☐ [State] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ [Federal]    I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2008, at Los Angeles, California.

/s/ Eliot L. Teitelbaum
--------------------------------
[Eliot Teitelbaum]

*Jens Erik Sorensen, et al. v. CTT Tools, Inc.*
Case No.: 08 CV 0231 LAB

## SERVICE LIST

| | |
|---|---|
| Melody A. Kramer<br>KRAMER LAW OFFICE, INC.<br>9930 Mesa Rim Road, Suite 1600<br>San Diego, California 92121 | Attorneys for Plaintiff<br><br>Telephone: (858) 362-3150<br>E-Mail: mak@kramerlawip.com |
| J. Michael Kaler<br>KALER LAW OFFICES<br>9930 Mesa Rim Road, Suite 200<br>San Diego, California 92121 | Attorneys for Plaintiff<br><br>Telephone: (858) 362-3151<br>E-Mail: Michael@kalerlaw.com |