MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>         Plaintiff<br>   v.<br><br>CTT TOOLS, INC., a California Corporation; and DOES 1 – 100,<br><br>         Defendants.<br>_____<br>and related counterclaims.<br>_____ | Case No. 08 cv 231 BTM CAB<br><br>REPLY TO COUNTERCLAIMS OF CTT TOOLS, INC. |

Plaintiff/Counterdefendant Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust ("SRDT"), hereby respectfully replies to the specific numbered paragraphs identified of the Counterclaims of Defendant/Counterclaimant CTT TOOLS, INC. as follows:

## COUNTERCLAIMS

1. Upon current information and belief, admit.
2. Admit.
3. Admit that counterclaims arise under the patent laws of the United States, 35. U.S.C. § 1 et. seq. Admit that CTT Tools, Inc. seeks a declaratory judgment, but deny CTT's entitlement to it.
4. Admit.
5. Admit.
6. Admit that a controversy exists between the parties; deny the remainder.

## COUNT I

7. SRDT incorporates by reference the responses to paragraphs 1 through 6 as though fully set forth herein.
8. Deny.

## COUNT II

9. SRDT incorporates by reference the responses to paragraphs 1 through 8 as though fully set forth herein.
10. Deny.

**WHEREFORE,** SRDT prays that judgment on Defendant's Counterclaims be entered as follows:

   a. For judgment in favor of SRDT and against CTT TOOLS, INC. on all requested relief;

     b.    That this case be decreed an "exceptional case" and SRDT is awarded reasonable attorneys' fees by the Court pursuant to 35 U.S.C. § 285;

     c.    For costs of suit herein incurred;

     d.    For such other and further relief as the Court may deem just and proper.

DATED this Thursday, April 24, 2008.

          JENS ERIK SORENSEN, as Trustee of
SORENSEN RESEARCH AND DEVELOPMENT TRUST, Plaintiff

/s/ Melody A. Kramer
-------------------------------
Melody A. Kramer, Esq.
J. Michael Kaler
Attorney for Plaintiff

3.

Case No. 08cv231

1 | PROOF OF SERVICE

I, Melody A. Kramer, declare: I am and was at the time of this service working within in the County of San Diego, California. I am over the age of 18 year and not a party to the within action. My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121.

On Thursday, April 24, 2008, I served the following documents:

REPLY TO COUNTERCLAIMS OF CTT TOOLS, INC.

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Kurt Osenbaugh<br>Weston, Benshoff, Rochefort, et al.<br>333 South Hope Street, 16th Floor<br>Los Angeles, CA 90071<br>kosenbaugh@wbcounsel.com | CTT Tools, Inc. | Email--Pleadings Filed with the Court |
| Eliot L. Teitelbaum<br>Koorenny & Teitelbaum, LLP<br>11911 San Vicente Boulevard,<br>Suite 265,<br>Los Angeles, CA 90049<br>etktlaw@yahoo.com | CTT Tools, Inc | Email--Pleadings Filed with the Court |

☐ (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

☐ (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

☐ (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees. The facsimile transmissions were reported as complete and without error.

☐ (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.

☒ (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the

4.

Case No. 08cv231

1  Southern District of California.

2  ☐ (U.S. Mail) I mailed a true copy of the foregoing documents to a mail address
   represented to be the correct mail address for the above noted addressee.

3

4  I declare that the foregoing is true and correct, and that this declaration was executed on

5  Thursday, April 24, 2008, in San Diego, California.

                                              /s/ Melody A. Kramer
                                              ─────────────────────
                                              Melody A. Kramer