MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150

J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, <br><br> Plaintiff <br> v. <br><br> CTT TOOLS, INC., a California Corporation; and DOES 1 – 100, <br><br> Defendants. <br>_____ <br> and related counterclaims. | Case No. 08 CV 231 BTM CAB <br> [Hon. Barry Moskowitz] <br><br> **NOTICE OF WITHDRAWAL OF DOCUMENT FILING (DOCKET #24)** <br><br> Date:  August 8, 2008 <br> Time:  11:00 a.m. <br> Courtroom: 15 |

TO THE CLERK OF THE COURT:

Plaintiff, Jens Erik Sorensen, Trustee of Sorensen Research and Development Trust, hereby requests the Court to withdraw yesterday's filing of a "Joint Stipulation for Limited Exception of Stay to Preserve Evidence" (Docket #24) for the following reasons:

1. It was inadvertently filed before all conditions precedent to its filing had been fulfilled; and

2. It mistakenly contained a block for Judge Moskowitz' signature contrary to the procedure for proposed orders set forth in the Local ECF Rules.

Plaintiff simultaneous emailed a proposed order relating to said Stipulation directly to Judge Moskowitz pursuant to ECF Rules. Said proposed order should also be withdrawn at this time.

DATED this Monday, July 31, 2008.

        JENS ERIK SORENSEN, as Trustee of
        SORENSEN RESEARCH AND DEVELOPMENT
        TRUST, Plaintiff

        /s / Melody A. Kramer
        _____
        Melody A. Kramer, Esq.
        J. Michael Kaler, Esq.
        Attorneys for Plaintiff

# PROOF OF SERVICE

I, Melody A. Kramer, declare: I am and was at the time of this service working within in the County of San Diego, California. I am over the age of 18 year and not a party to the within action. My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121.

On Thursday, July 31, 2008, I served the following documents:

**NOTICE OF WITHDRAWAL OF DOCUMENT FILING (DOCKET #24)**

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Kurt Osenbaugh<br>James D. Sloan<br>Weston, Benshoff, Rochefort, et al.<br>333 South Hope Street, 16th Floor<br>Los Angeles, CA 90071<br>kosenbaugh@wbcounsel.com<br>jsloan@wbcounsel.com | CTT Tools, Inc. | Email--Pleadings Filed with the Court |
| Eliot L. Teitelbaum<br>Koorenny & Teitelbaum, LLP<br>11911 San Vicente Boulevard,<br>Suite 265,<br>Los Angeles, CA 90049<br>etktlaw@yahoo.com | CTT Tools, Inc | Email--Pleadings Filed with the Court |

☐ (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.

☒ (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.

☐ (U.S. Mail) I mailed a true copy of the foregoing documents to a mail address represented to be the correct mail address for the above noted addressee.

I declare that the foregoing is true and correct, and that this declaration was executed on Thursday, July 31, 2008, in San Diego, California.

/s/ Melody A. Kramer
Melody A. Kramer