MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>           Plaintiff<br>   v.<br><br>CTT TOOLS, INC., a California Corporation; and DOES 1 – 100,<br><br>           Defendants.<br>_____<br>and related counterclaims. | Case No. 08 cv 231 BTM CAB<br><br>**DECLARATION OF MELODY KRAMER #2 IN SUPPORT OF REPLY TO OPPOSITION TO MOTION FOR EXCEPTION TO STAY TO PRESERVE EVIDENCE**<br><br>Date:  August 20, 2008<br>Time:  11:30 a.m.<br>Courtroom 15 – 5th Floor<br>The Hon. Barry T. Moskowitz<br><br>***Oral Argument Has Been Respectfully Requested by Plaintiff*** |

I, MELODY A. KRAMER, declare:

1. I am not a party to the present action. I am over the age of eighteen. I have personal knowledge of the facts contained within the following paragraphs, and could and would competently testify thereto if called as a witness in a court of law.

2. At all times relevant herein I have been an attorney for Sorensen Research and Development Trust ("SRDT"), Plaintiff in the above-captioned matter.

3. This Declaration is being submitted in conjunction with Plaintiff's Motion for Exception to Stay for Preservation of Evidence.

4. The parties did enter into a stipulation for resolution of this motion separate and apart from those settlement discussions, the terms of which called for Defendant to provide a sworn identification of manufacturers to Plaintiff and not object to the Court allowing Plaintiff to proceed with third-party discovery. However, after filing of the stipulation with the Court, Defendant advised that it would not be providing the agreed sworn identification absent complete settlement of the case (which would make the need for identification moot). At that point, Plaintiff withdrew the stipulation for non-compliance and an unrelated procedural issue.

5. Furthermore, based upon the entire history of settlement talks between the parties in this case, there is little indication that Defendant actually intends to resolve this matter at this time.

6. Subsequent to filing of this case, Plaintiff identified additional products that are also substantially likely to infringe on the '184 patent. These products have been identified to CTT via correspondence, however, due to the stay, no formal filing with the Court regarding these products has been made. This motion for preservation of evidence obviously encompasses all of these products.

//
//

1  SWORN TO under penalty of perjury of the laws of the State of California
2  and the United States, this 8th day of July, 2008.

/s/ Melody A. Kramer
Melody A. Kramer, Esq.