# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, | CASE NO. 08CV231 BTM (CAB) |
| Plaintiff, | ORDER GRANTING STIPULATED EXCEPTION TO STAY |
| vs. | |
| CTT TOOLS, INC., | |
| Defendant. | |

THE COURT, having reviewed the Joint Stipulation for Limited Exception of Stay to Preserve Evidence in this case, and finding good cause, orders as follows:

1.    Plaintiff's motion for exception of discovery stay (Docket # 22) is granted for the limited purpose of allowing Plaintiff Jens Erik Sorensen ("Sorensen") to use available procedural measures, if any, to obtain discovery relating to the action from non-party manufacturers.

2.    Oral arguments on Plaintiff's motion for exception to stay set for August 20, 2008 is taken off calendar.

IT IS SO ORDERED.

DATED:  August 13, 2008

_Burry Ted Moskowitz_

Honorable Barry Ted Moskowitz
United States District Judge

08CV231 BTM (CAB)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

08CV231 BTM (CAB)