# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN,<br><br>         Plaintiff,<br> vs.<br>CTT TOOLS,<br><br>         Defendant. | CASE NO. 08CV231 BTM<br><br>ORDER WITHDRAWING ORDER GRANTING STIPULATED EXCEPTION TO STAY |

  The Court withdraws its order dated August 14, 2008 granting stipulated exception to stay. The stipulation upon which this order was based was withdrawn prior to the issuance of the above order.

IT IS SO ORDERED.

DATED: August 19, 2008

                *Barry Ted Moskowitz*
                Honorable Barry Ted Moskowitz
                United States District Judge