MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com


Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST


UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, <br><br> Plaintiff <br> v. <br><br> CTT TOOLS, INC., a California Corporation; and DOES 1 – 100, <br><br> Defendants. <br>_____ <br> and related counterclaims. <br>_____ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 08 cv 231 BTM CAB

PROOF OF SERVICE OF
[PROPOSED] ORDER REGARDING
PLAINTIFF'S MOTION FOR
EXCEPTION TO STAY

I, Zhenya Bjork, declare: I am and was at the time of this service working within in the County of San Diego, California. I am over the age of 18 year and not a party to the within action. My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121.

On Tuesday, August 26, 2008, I served the following documents:

[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION FOR EXCEPTION TO STAY

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Kurt Osenbaugh<br>James D. Sloan<br>Weston, Benshoff, Rochefort, et al.<br>333 South Hope Street, 16th Floor<br>Los Angeles, CA 90071<br>kosenbaugh@wbcounsel.com<br>jsloan@wbcounsel.com | CTT Tools, Inc. | Email |
| Eliot L. Teitelbaum<br>Koorenny & Teitelbaum, LLP<br>11911 San Vicente Boulevard,<br>Suite 265,<br>Los Angeles, CA 90049<br>etktlaw@yahoo.com | CTT Tools, Inc | Email |

**X** (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.

I declare that the foregoing is true and correct, and that this declaration was executed on Tuesday, August 26, 2008, in San Diego, California.

/s/ Zhenya Bjork

Zhenya Bjork

Case No. 08cv231