MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff<br>v.<br><br>CTT TOOLS, INC., a California Corporation; and DOES 1 – 100,<br><br>Defendants.<br>_____<br>and related counterclaims.<br>_____ | Case No. 08 cv 231 BTM CAB<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR EXCEPTION TO STAY |

Plaintiff JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST ("Plaintiff") has moved this Court at Docket # 22 for an exception to the stay of proceedings in this case for the purposes of limited discovery.

The Court, having considered briefing by the parties and oral arguments on August 20, 2008, **grants in part** and **denies in part** Plaintiff's motion for exception to the stay as set forth below.

1. All prototype and production molds used in the production of the accused products within the custody and control of the Defendant(s) are to be preserved.

2. All design and technical documents for the accused product within the control and custody of the Defendant(s) are to be preserved.

3. Plaintiff is granted leave to propound one (1) interrogatory on the Defendant(s) that asks for the identification of the company names and addresses of nonparty manufacturers, suppliers, and importers who have prototype, production, design, technical documents or evidence regarding the accused products.

The Court **denies without prejudice** Plaintiff's request for leave of court to use appropriate procedural discovery steps to acquire prototype, production, design, technical documents or evidence regarding the accused products from nonparties at this time; any subsequent requests will be reviewed on a case-by-case basis.

IT IS SO ORDERED.

DATED this 2nd day of September, 2008.

_____
Honorable Barry Ted Moskowitz
United State District Judge