MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, <br><br> Plaintiff <br> v. <br><br> CTT TOOLS, INC., a California Corporation; and DOES 1 – 100, <br><br> Defendants. <br>_____<br> and related counterclaims. <br>_____ | Case No. 08cv231 BTM CAB <br><br> THIRD AMENDED NOTICE OF RELATED CASES |

1   Pursuant to Local Civil Rule 40.1(e), Plaintiff JENS E. SORENSEN, as
2   TRUSTEE OF THE SORENSEN RESEARCH AND DEVELOPMENT TRUST
3   ("SRDT"), hereby gives THIRD AMENDED notice of cases related to the present
4   case.  Specifically, SRD TRUST gives notice of the following related cases that all
5   arise from alleged infringement of United States Patent Number 4,935,184 ("the '184
6   patent"), whether pending, dismissed, or otherwise terminated:

**JUDGMENT ENTERED**

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. First International Digital, Inc., et al*, Case No. 3:07-cv-5525-JSW, filed October 30, 2007 in the United States District Court for the Northern District of California. Judgment of $500,000.00 has been entered.

**PENDING – NOT STAYED**

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Conair Corporation,* Case No. 08cv1256, filed July 11, 2008 in the United States District Court for the District of Southern California.   Plaintiff alleges infringement of the '184 patent by Defendants.  Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Phillips Plastics Corp.,* Case No. C08-03094, filed June 26, 2008 in the United States District Court for the District of Northern California. Plaintiff alleges infringement of the '184 patent by Defendants.  A motion to transfer this case is pending.  A request to relate this case to others in the Northern District was denied.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Human Touch LLC, et al,* Case No. 08cv1080, filed June 18, 2008 in the United States District Court for the District of Southern California.   Plaintiff alleges infringement of the '184 patent by Defendants.   Assignment to the same district

Case No. 08cv231

judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Lexar Media, Inc.,* Case No. 5:08-cv-00095-JW, filed January 7, 2008 in the United States District Court for the District of Northern California. Plaintiff alleges infringement of the '184 patent by Defendants. A requested stay has already been denied and this case is proceeding towards trial.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Johnson Level & Tool Mfg. Co., Inc.,* Case No. 3:08-cv-0025-BTM-CAB, filed January 4, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Ampro Tools Corporation,* Case No. 4:08-cv-00096-CW, filed January 7, 2008 in the United States District Court for the District of Northern California. Plaintiff alleges infringement of the '184 patent by Defendants. A default judgment motion is pending.

*PowerStation LLC, et al v. Sorensen Research and Development Trust*, Case No. 07-cv-04167-RBH, filed December 31, 2007 in the United States District Court for the District of South Carolina. Plaintiff seeks declaratory judgment that the '184 patent is invalid and not infringed by them, and also makes an unfair trade practices claim. A Rule 12 motion for transfer for lack of personal jurisdiction is under submission.

*Big Lots Stores, Inc. v. Sorensen Research and Development Trust*, Case. No. 08cv00506, filed May 23, 2008 in the United States District Court for the Southern District of Ohio. Plaintiff seeks declaratory judgment that the '184 patent is invalid and not infringed by them. No summons or complaint have been served, and this case will be the subject of a Rule 12 motion for transfer for lack of personal

Case No. 08cv231

1  jurisdiction.

2      *Freshlink Product Development, L.L.C. v. Sorensen Research & Development*

3  *Trust*, Case. No. 08cv05021, filed May 30, 2008 in the USDC for the Southern

4  District of New York.  No summons or complaint have been served, and this case

5  will be the subject of a Rule 12 motion for transfer for lack of personal jurisdiction.

6      *American Safety Razor Co. v. Sorensen Research & Development Trust,* Civil

7  Case No. 07-CV-00730-HHK, filed April 20, 2007, in the United States District

8  Court for the District of Columbia.  No summons or complaint have been served, and

9  this case will be the subject of a Rule 12 motion for transfer for lack of personal

10  jurisdiction.

11      *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

12  *Trust v. DMS Holdings, Inc., et al.,* Case No. 08cv559, filed March 25, 2008 in the

13  United States District Court for the District of Southern California. Plaintiff alleges

14  infringement of the '184 patent by Defendants.  Assignment to the same district

15  judge as other '184 patent cases in the district has already occurred.

16      *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

17  *Trust v. Alltrade Tools, LLC., et al.*, Case No. 08cv232, filed February 5, 2008 in the

18  United States District Court for the District of Southern California. Plaintiff alleges

19  infringement of the '184 patent by Defendants.  Assignment to the same district

20  judge as other '184 patent cases in the district has already occurred.

21

22                    **PENDING - STAYED**

23      *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

24  *Trust v. Metabo Corporation, et al.*, Case No. 08cv304, filed February 15, 2008 in

25  the United States District Court for the District of Southern California. Plaintiff

26  alleges infringement of the '184 patent by Defendants.  Assignment to the same

27  district judge as other '184 patent cases in the district has already occurred.

28      *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

Case No. 08cv231

*Trust v. Star Asia, U.S.A., LLC, et al.*, Case No. 08cv307, filed February 15, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants.  Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Kyocera International, Inc., et al.*, Case No. 08cv411, filed March 4, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants.  Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Central Purchasing, LLC, et al.*, Case No. 08cv309, filed February 15, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants.  Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Logitech, Inc., et al.*, Case No. 08cv308, filed February 15, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants.  Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Rally Manufacturing, Inc., et al.*, Case No. 08cv302, filed February 15, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants.  Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Sunbeam Products, Inc., et al.*, Case No. 08cv306, filed February 15, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants.  Assignment to the same

district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. CTT Tools, Inc., et al.*, Case No. 08cv231, filed February 5, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants.  Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Global Machinery Company, et al.*, Case No. 08cv233, filed February 5, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants.  Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Emissive Energy Corp., et al.*, Case No. 08cv234, filed February 5, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants.  Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Motorola, Inc., et al.,* Case No. 3:08-cv-0136 LAB RBB, filed January 23, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants.  Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Sanyo North America Corporation, et al.,* Case No. 3:08-cv-0135 DMS POR, filed January 23, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

6.

1   *Trust v. Informatics, inc., et al.,* Case No. 3:08-cv-0134-L NLS, filed January 23,

2   2008 in the United States District Court for the District of Southern California.

3   Plaintiff alleges infringement of the '184 patent by Defendants.  Assignment to the

4   same district judge as other '184 patent cases in the district has already occurred.

5       *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

6   *Trust v. Ryobi Technologies, Inc., et al.,* Case No. 3:08-cv-0070-BTM-CAB, filed

7   January 11, 2008 in the United States District Court for the District of Southern

8   California. Plaintiff alleges infringement of the '184 patent by Defendants.

9   Assignment to the same district judge as other '184 patent cases in the district has

10  already occurred.

11      *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

12  *Trust v. Senco Products, Inc.,* Case No. 3:08-cv-0071-BTM-CAB, filed January 11,

13  2008 in the United States District Court for the District of Southern California.

14  Plaintiff alleges infringement of the '184 patent by Defendants.  Assignment to the

15  same district judge as other '184 patent cases in the district has already occurred.

16      *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

17  *Trust v. Emerson Electric Co., et al,* Case No. 3:08-cv-0060-BTM-CAB, filed

18  January 10, 2008 in the United States District Court for the District of Southern

19  California. Plaintiff alleges infringement of the '184 patent by Defendants.

20  Assignment to the same district judge as other '184 patent cases in the district has

21  already occurred.

22      *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

23  *Trust v. Energizer Holdings, Inc., et al,* Case No. 3:07-CV-2321-BTM-CAB, filed

24  December 11, 2007 in the United States District Court for the Southern District of

25  California.   Plaintiff alleges infringement of the '184 patent by Defendants.

26  Assignment to the same district judge as other '184 patent cases in the district has

27  already occurred.

28      *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

7.

*Trust v. Giant International, Inc., et al*, Case No. 3:07-CV-2121-BTM-CAB, filed November 6, 2007 in the United States District Court for the Southern District of California.   Plaintiff alleges infringement of the '184 patent by Defendants. Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust v. Esseplast (USA) NC, Inc., et al*, Case No. 3:07-cv-2277-BTM-CAB, filed December 4, 2007 in this District.   Plaintiff alleges infringement of the '184 patent by Defendants.   Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust v. Helen of Troy Texas Corporation, et al*, Case No. 3:07-cv-2278-BTM-CAB, filed December 4, 2007 in this District.   Plaintiff alleges infringement of the '184 patent by Defendants.   Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Digital Networks North America, Inc., et al*, Case No. 3:07-5568-JSW, filed November 1, 2007 in the United States District Court for the Northern District of California. Plaintiff alleges infringement of the '184 patent by Defendants.   The Northern District has already reviewed whether this case was related to other '184 patent cases in the Northern District and found it was not.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. The Black & Decker Corporation, et al,* Civil Case No.: 3:06-CV-1572-BTM-CAB, filed August 7, 2006, in the United States District Court for the Southern District of California.   Plaintiff alleges infringement of the '184 patent by Defendants.   Assignment to the same district judge as other '184 patent cases in the district has already occurred.

**SETTLED AND DISMISSED**

*Jens Erik Sorensen as Trustee of the Sorensen Research And Development Trust v. Tecnica USA, Inc and Nordica USA, Inc.,* Civil Case No. 06CV1941 B MLS, filed September 18, 2006 in the Southern District of California. The action was settled by the parties, and dismissed.

*Jens Erik Sorensen As Trustee of The Sorensen Research And Development Trust v. Head USA Inc.* Civil Case No.: 06CV1434BTN CAB, filed July 2006 in the Federal District for the Southern District of California. The action was settled by the parties, and dismissed.

*Head USA Inc. v. Jens Erik Sorensen (As Trustee of The Sorensen Research And Development Trust), and Sorensen Research And Development Trust.* Docket No.: 306CV00983, filed June 2006 in the Federal District of Connecticut. The matter was transferred and consolidated with the *Sorensen Research And Development Trust v. Head USA Inc.* action filed in the Southern District of California, Civil Case No.: 06CV1434BTM CAB. The action was later settled by the parties, and dismissed.

*Nordica USA Corp. v. Jens Ole Sorensen, Jens Erik Sorensen, and Sorensen Research and Development Trust.* Docket No. 1:06-cv-91-JM filed March 8, 2006 in the Federal District of New Hampshire. The matter was transferred and consolidated with *Jens Erik Sorensen As Trustee of The Sorensen Research And Development Trust v. Tecnica USA, Inc and Nordica USA, Inc.,* Civil Case No. 06CV1941 B MLS, filed in the Southern District of California. The action was later settled by the parties.

*Jens Ole Sorensen, and Jens E. Sorensen, as Trustee Of The Sorensen Research and Development Trust v. DaimlerChrysler AG, and Mercedes-Benz USA, LLC.* Civil No. 03-1763 (HAA) filed in the United States District Court for Northern California and transferred to the United States District Court for New Jersey. This matter has been settled and dismissed.

Case No. 08cv231

1    *In the Matter of Certain Automobile Tail Light Lenses And Products*

2    *Incorporating Same.*    Investigation No. 337-TA-502 filed in the United States

3    International Trade Commission.    The matter was remanded after appeal to the

4    Federal Circuit Court of Appeals, then settled and dismissed.

5    *Jens E. Sorensen, as Trustee Of The Sorensen Research and Development*

6    *Trust v. Premier Automotive Group, Ford Motor Company, and Jaguar, Ltd.*    Case

7    No. 03-cv-01107, filed March 14, 2003 in the Federal Court for the Northern District

8    of California.    The matter was settled and dismissed.

9    *Sorensen et al v. International Trade Commission et al.*, 427 F.3d 1375 (Fed.

10   Cir. 2005).    After the Federal Circuit ruled in patentee's favor, the parties settled and

11   dismissed.

12

13                                  **DISMISSED**

14   *DMS Holdings, Inc. v. Sorensen Research & Development Trust.*    Civil Case

15   No.: 07-CV-02690, filed May 11, 2007, in the United States District Court for the

16   Northern District of Illinois.    This case has been dismissed.    Sorensen filed against

17   DMS Holdings in the United States District Court for Southern California (see

18   above).

19   *Lowe's Companies, Inc., et al v. Sorensen Research and Development Trust.*

20   Case No. 05-cv-00234 filed July 29, 2005 in the Federal Court for the Western

21   District of North Carolina.    The matter was never served and was dismissed.

22   *Digital Innovations LLC v. Sorensen Research and Development Trust.*    Case

23   No. 05-cv-06428, filed November 9, 2005 in the Federal Court for the Northern

24   District of Illinois. The matter was never served and was dismissed.

25   *Big Lots v. Sorensen Research and Development Trust.*    Case No. 2:06-cv-

26   1089, filed December 29, 2006 in the Federal Court for the Southern District of

27   Ohio. The matter was never served and was dismissed.

28   *Bon-Aire v. Sorensen Research and Development Trust.*    Case No.  07-cv-054-

Case No. 08cv231

1  S, filed January 2007 in the Federal Court for the District of Idaho. The matter was

2  never served and was dismissed.

3      *Husqvarna Outdoor Products, Inc. v. Sorensen Research and Development*

4  *Trust.*  CIV. NO.  CV106-160 in the Federal Court for the Southern District of

5  Georgia on October 30, 2006. The matter was never served and was dismissed.

6

7  DATED this Monday, September 15, 2008.

8                                JENS ERIK SORENSEN, as Trustee of

9                                SORENSEN RESEARCH AND DEVELOPMENT

10                                TRUST, Plaintiff

11

12                                /s/ Melody A. Kramer

13                                Melody A. Kramer, Esq.

14                                J. Michael Kaler

                              Attorney for Plaintiff

11.

1

## PROOF OF SERVICE

2        I, Melody A. Kramer, declare:  I am and was at the time of this service working within in

3    the County of San Diego, California.  I am over the age of 18 year and not a party to the within

4    action.  My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600,

5    San Diego, California, 92121.

6        On Monday, September 15, 2008, I served the following documents:

7

8    ### THIRD AMENDED NOTICE OF RELATED CASES

9

10

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Kurt Osenbaugh<br>James D. Sloan<br>Weston, Benshoff, Rochefort, et al.<br>333 South Hope Street, 16th Floor<br>Los Angeles, CA 90071<br>kosenbaugh@wbcounsel.com<br>jsloan@wbcounsel.com | CTT Tools, Inc. | Email--Pleadings Filed with the Court |
| Eliot L. Teitelbaum<br>Koorenny & Teitelbaum, LLP<br>11911 San Vicente Boulevard,<br>Suite 265,<br>Los Angeles, CA 90049<br>etktlaw@yahoo.com | CTT Tools, Inc | Email--Pleadings Filed with the Court |

11

12

13

14

15

16

17

18

19

20   [X]  (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed
          this document via the CM/ECF system for the United States District Court for the
21        Southern District of California.

22   [ ]  (U.S. Mail) I mailed a true copy of the foregoing documents to a mail address
          represented to be the correct mail address for the above noted addressee.

23

24       I declare that the foregoing is true and correct, and that this declaration was executed on

25   Monday, September 15, 2008, in San Diego, California.

26

27                                          /s/ Melody A. Kramer
                                         _____
28                                          Melody A. Kramer

Case No. 08cv231